Shira Kieval (SBN: 269409)
For Thomas J. Nolan (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Sharon Wang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>SHARON WANG,<br><br>         Defendant. | No. CR 11-686 JW<br><br>**STIPULATION TO CONTINUE TRIAL SETTING HEARING AND TO EXCLUDE TIME; ORDER [P~~ROPOSED~~]**<br><br>Date:    Monday, November 14, 2011<br>Time:    1:30 p.m.<br><br>Before The Honorable James Ware |

The parties stipulate to continue the Trial Setting Hearing currently scheduled for Monday, November 14, 2011 at 1:30 p.m. until Monday, November 28, 2011 at 1:30 p.m.  This new time corresponds with the Status Conference set in this case for the co-defendant, Heather Chacha Yin. Additionally, Ms. Wang's attorney, Thomas J. Nolan of Nolan, Armstrong, and Barton LLP is on an extended medical leave of absence that began in October and will last until at least November 14, 2011.

**STIPULATION TO CONTINUE TRIAL SETTING HEARING AND TO EXCLUDE TIME; ORDER [PROPOSED]; CASE NO. CR 11-686 (JW)**

1

The parties also stipulate that the time between November 14, 2011 and November 28, 2011 should be excluded under the Speedy Trial Act for continuity of counsel. See 18 U.S.C. § 3161 (h)(7)(B)(iv).

Respectfully submitted,

NOLAN, ARMSTRONG & BARTON, LLP

Dated: November 7, 2011

/s/
_____
Shira Kieval for Thomas J. Nolan, Esq.
Attorney for Defendant
Sharon Wang

Dated: November 7, 2011

/s/
_____
David Callaway
Assistant United States Attorney

### ATTESTATION PER GENERAL ORDER 45

I, Shira Kieval, have permission from ECF User Thomas J. Nolan to use the ID and password being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that David Callaway has concurred with this filing.

### [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the trial setting hearing currently scheduled to occur on Monday, November 14, 2011 at 1:30 p.m., for the captioned defendant is continued until Monday, November 28, 2011 at 1:30 p.m., and that the time between November 14, 2011 and November 28, 2011 is excluded under the Speedy Trial Act for continuity of counsel. See 18 U.S.C. § 3161 (h)(7)(B)(iv).

Dated: November __9__, 2011

_____
HON. J[...]
United S[...]
*[Signature: James Ware, Judge James Ware, United States District Court, Northern District of California]*

STIPULATION TO CONTINUE TRIAL SETTING HEARING AND TO EXCLUDE TIME; ORDER [PROPOSED]; CASE NO. CR 11-686 (JW)
2