1  Thomas J. Nolan (SBN: 48413)
   Shira Kieval (SBN: 269409)
2

3  **Nolan, Armstrong
   & Barton, LLP**
4
   600 University Ave. \ Palo Alto, Ca. 94301
   Tel.  (650) 326-2980  Fax (650) 326-9704
5

6  Attorneys for Defendant
   Sharon Wang

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11  UNITED STATES OF AMERICA,          No. CR 11-686 JW

12           Plaintiff,                              CONTINUE
                                        **STIPULATION TO VACATE STATUS**
13      v.                              **CONFERENCE AND TO EXCLUDE**
                                        **TIME; ORDER [~~PROPOSED~~]**
14  SHARON WANG, HEATHER YIN,
                                        Date:    Monday, April 23, 2012
15           Defendants.                Time:    1:30 p.m.

16                                      Before The Honorable James Ware

17

18

19          The United States, Sharon Wang, and Heather Yin, through counsel, stipulate to vacate the

20  Status Conference currently scheduled for Monday, April 23, 2012 at 1:30 p.m.   The parties

21  request that the Court set a new status conference date after receiving the Report and

22  Recomendation from Magistrate Judge Vadas.   This request is being made to facilitate the

23  resolution of questions regarding the filing of a defense motion to dismiss.  Magistrate Judge

24
25  Vadas will be conducting a third and likely final hearing on May 17, 2012, at 2:00 p.m.

26          On January 31, 2012, the Court referred this case to Magistrate Judge Vadas for a Report

27  and Recommendation regarding the procedures for the filing of a defense motion to dismiss.

28

Magistrate Judge Vadas held hearings regarding this Report and Recommendation on February 8 and April 11, 2012.  A third hearing date has been set for May 17, 2012.  Between the two hearings held by Magistrate Judge Vadas, the U.S. Attorney's Office assigned Gary Fry to represent the government's interests with regard to the defense motion to dismiss.  Additionally, two state court hearings were held regarding the partial unsealing of certain state court documents relevant to the defense motion to dismiss.  Those documents have now been unsealed for limited use by the parties in this case.  They were distributed to the parties on April 9 and April 11, and they were lodged with Magistrate Judge Vadas on April 16, 2012.  Counsel for Ms. Wang has requested that Magistrate Judge Vadas review the documents and meet with the parties once again before submitting his Report and Recommendation to the Court.  The U.S. Attorney assigned to this case, David Callaway, has informed Mr. Fry that he does not have any issues to discuss with the Court before the Court receives Magistrate Judge Vadas's Report and Recommendation. Additionally, Assistant U.S. Attorney Gary Fry will be traveling internationally until May 5. Thomas Nolan, counsel for Ms. Wang, will be traveling internationally from April 17 until May 15, 2012.

The parties also stipulate that the time between April 23, 2012 and May 17, 2012 be excluded under the Speedy Trial Act, in the interests of justice and for continuity of counsel.  *See* 18 U.S.C. § 3161.

Respectfully submitted,

NOLAN, ARMSTRONG & BARTON, LLP

Dated:  April 18, 2012

/s/
_____
Thomas J. Nolan
Shira Kieval
Attorneys for Defendant
Sharon Wang

Dated:  April 18, 2012

/s/
_____
Doron Weinberg
Attorney for Defendant
Heather Yin

Dated:  April 18, 2012

/s/
_____
Gary Fry
Assistant United States Attorney

## ATTESTATION PER GENERAL ORDER 45

I, Thomas J. Nolan, am the ECF User whose ID and password being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Gary Fry and Doron Weinberg have concurred with this filing.

## ~~[PROPOSED]~~ ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the status conference currently scheduled to occur on is continued to Monday, June 18, 2012 at 1:30 p.m. Monday, April 23, 2012 at 1:30 p.m. ~~be VACATED.  A new hearing date will be scheduled after the Court receives the Report and Recommendation regarding the procedures for a defense motion to dismiss~~.  Further, the time between April 23, 2012 and May 17, 2012 is excluded under the Speedy Trial Act for in the interests of justice and for continuity of counsel.  *See* 18 U.S.C. § 3161.

Dated: April _19_, 2011

_____
HON. JAMES WARE
United States District Court Judge